# United States District Court

*Southern District of Georgia*
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 AUG 17 PM 4: 35

CLERK M. Akin
SO. DIST. OF GA

|  |  |
|---|---|
| UNITED STATE of AMERICA | CASE NUMBER 1:18 cr 00027 |
| vs. | |
| RAUL MIRELES-MORALES | |

## ORDER DESIGNATING INTERPRETER

The Court having determined, pursuant to Title 28 United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned case,

IT IS HEREBY ORDERED that __Pilar Archila__, a non-certified interpreter or otherwise competent interpreter, is designated to serve as an interpreter in this case. Compensation shall be paid by the government at a rate of $202.00 per day, with a minimum of one half day's compensation of $111.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $35.00 per hour. Claim for compensation by the interpreter for any in-court services or assisting the U.S. Probation Office shall be made on Form AO322. Claim for compensation for assisting court-appointed counsel shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*. **Any services relating to the CJA Form 21 must be approved by the Court prior to the services rendered.** These forms shall be furnished by the Clerk of Court.

SO ORDERED, this __17th__ day of __August__, __2018__.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA